UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 98-00493-CIV-GRAHAM/WHITE

STEPHEN CHISHOLM,

    Plaintiff,

vs.

UNITED STATES

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Reopen Case [D.E. 67] and Motion to Proceed in Forma Pauperis [D.E. 68].

**THE MATTER** was assigned to the Honorable United States Magistrate Judge Patrick A. White [D.E. 69]. The Magistrate Judge issued a Report [D.E. 71] finding that the Motion to Reopen is duplicative of a motion to vacate that this Court previously denied. In that motion, Plaintiff argued that the officer who testified at his trial planted evidence and gave false testimony. The Magistrate Judge also found that the Motion to Reopen is time barred. As a result, the Magistrate Judge recommended that the Motion to Reopen be denied, and that the Motion to Proceed in Forma Pauperis be denied as moot. Plaintiff has filed an Objection to the Magistrate Judge's Report [D.E. 72]. In his Objection, Plaintiff argues that the current motion differs from the previous

motion to vacate because it is based solely on the U.S. Attorney Office's alleged knowledge that the testifying officer was under investigation for giving false testimony and planting evidence [D.E. 72]. Although Plaintiff attempts to draw a distinction between the two motions, the Court finds that the subject matter is essentially the same.

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 71] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Reopen Case [D.E. 67] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Proceed in Forma Pauperis [D.E. 68] is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of November, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge White
     Stephen Chisholm, <u>pro se</u>
     All Counsel of Record